**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Visvambhara WIDMER, Defendant—Appellant.**

**No. 05–10031.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

Before: FERNANDEZ, RYMER and BYBEE, Circuit Judges.

MEMORANDUM **

Visvambhara Widmer appeals from his conviction following a bench trial in front of a magistrate judge for careless driving involving operation of a motor vehicle in a National Forest, in violation of 36 C.F.R. § 261.54(f). We have jurisdiction pursuant to 28 U.S.C. §. 1291, and we affirm for the reasons stated by the district court.

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

